# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**DEWAYNE D. KNIGHT,**

        Petitioner,

    v.                                         Case No. 23-CV-1371

**GARY BOUGHTON,**

        Respondent.

---

## RECOMMENDATION

---

DeWayne D. Knight seeks a writ of habeas corpus. On November 1, 2023, the court denied Knight's motion that he be allowed to pay the filing fee from his release account and ordered that by no later than November 22, 2023, he either pay the $5.00 filing fee or seek leave to proceed without prepayment of the filing fee. The court has not heard anything further from Knight. Accordingly,

**IT IS THEREFORE RECOMMENDED** that Knight's petition and this action be dismissed pursuant to Civil Local Rule 41(c) (E.D. Wis.).

**IT IS FURTHER ORDERED** that, in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) and Fed. R. Civ. P. 72(b)(2), any written objections to any recommendation

herein or part thereof shall be filed within fourteen days of service of this recommendation. Failure to timely object waives a party's right to review.

Dated at Milwaukee, Wisconsin this 29th day of November, 2023.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge